# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISHOP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F, SALCEDO, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:18-cv-00714-DAD-BAM (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

　　On November 19, 2019, a settlement conference was held and the parties reached a settlement agreement.

　　Accordingly, it is HEREBY ORDERED that:

　　1.　　All pending deadlines are VACATED; and

　　2.　　The parties shall file dispositional documents within **seven (7)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**November 19, 2019**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1