1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JON S. ALLIN, State Bar No. 155069
   Supervising Deputy Attorney General
3  MATTHEW ROSS WILSON, State Bar No. 236309
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-7313
6    Fax: (916) 324-5205
     E-mail: Matthew.Wilson@doj.ca.gov
7  *Attorneys for Defendants*
   *Salcedo and Perez*

FILED

NOV 19 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ROBERT BISHOP,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**F. SALCEDO, et al.,**<br><br>　　　　　　　　　　　Defendant. | 1:18-cv-00714 BAM<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii)); (PROPOSED) ORDER**<br><br>Action Filed: May 25, 2018 |

　　　Plaintiff Robert Bishop and Defendants Salcedo and and Perez have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of the entire action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Each party shall bear its own costs and attorneys' fees. There is no prevailing party in this action.

It is so stipulated.

Dated: 11-19-19

*R. B.*
Plaintiff Robert Bishop

Dated: 11/19/19

*[signature]*
Matthew R. Wilson
Deputy Attorney General
*Attorney for Defendants Salcedo and Perez*

## ORDER

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 11/19/19

*[signature]*
The Honorable Barbara A. McAuliffe
United States Magistrate Judge

SA2019102494
Bishop dismissal.docx