# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BISHOP,<br><br>  Plaintiff,<br><br>  v.<br><br>SALCEDO, *et al.*,<br><br>  Defendants. | Case No. 1:18-cv-00714-DAD-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPY OF DOCKET<br>(ECF No. 34)<br><br>ORDER DIRECTING CLERK OF COURT TO MAIL PLAINTIFF A COPY OF DOCKET SHEET AND RE-SERVE ORDERS<br>(ECF Nos. 28, 29, 30, 31, 32) |

Plaintiff Robert Bishop ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 19, 2019, a settlement conference was held before Magistrate Judge Stanley A. Boone. (ECF No. 29.) The case was settled and terms were placed on the record. On the same date, the parties filed stipulations for voluntary dismissal with prejudice of Defendants Nguyen and Cross, (ECF No. 31), and Defendants Salcedo and Perez, (ECF No. 32). Magistrate Judge Barbara McAuliffe signed both stipulations and ordered this action dismissed with prejudice based on the parties' stipulations. (ECF Nos. 31, 32.) The action was closed on November 19, 2019. (ECF No. 32.)

Due to a clerical error, on November 20, 2019, an order issued requiring the parties to file dispositional documents within seven days. (ECF No. 30.) However, as dispositional documents had already been filed the day prior, no other documents were required to be submitted for this case, and the case remained closed.

On February 10 and February 11, 2020, some of the stipulations and other orders issued by the Court following the settlement conference were returned as "Undeliverable, Hold Time Expired."

Currently before the Court is Plaintiff's notice of change of address and request for a copy of the docket in this action, filed July 27, 2020. (ECF Nos. 33, 34.) Plaintiff states that he was recently notified that the Court had mailed documents to Plaintiff in November 2019 and those were returned as undeliverable because Plaintiff had been relocated to the Los Angeles County Jail. Plaintiff states that he has been unexpectedly retained in Los Angeles since November 2019 without his property, documents, and addresses, and only recently had the opportunity to properly contact the Court. Plaintiff therefore requests that the Court notify him which documents were sent and returned to the Court as undeliverable, and a copy of the case docket so he can determine what has been filed since the settlement conference in November 2019. (Id.)

Generally, the Clerk's Office will provide copies for Plaintiff at a cost of $0.50 per page. Under the circumstances, the Court will make a one-time exception and will direct the Clerk's Office to provide a copy of the full docket in this action to Plaintiff at no charge. However, Plaintiff is advised that any further copies will need to be paid for by Plaintiff, and that it is his responsibility to maintain copies of all documents submitted to the Court for filing.

The Court will also direct the Clerk's Office to re-serve all orders issued since the settlement conference was held. Plaintiff is advised that this action remains closed.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for docket sheet, (ECF No. 34), is GRANTED;
2. The Clerk's Office shall mail a copy of the docket sheet in this action to Plaintiff at his current address of record; and
3. The Clerk of the Court is directed to re-serve copies of all orders entered since the November 19, 2019 settlement conference, (ECF Nos. 28, 29, 30, 31, 32), to Plaintiff at his current address of record.

IT IS SO ORDERED.

Dated: __**July 28, 2020**__        /s/ *Barbara A. McAuliffe*        _
UNITED STATES MAGISTRATE JUDGE